UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

2:25-mc-110

FILED
U.S. DISTRICT COURT
DISTRICT OF VERMONT
JULY 18, 2025

**In the Matter of:**

**Arrests Within District of Vermont's Courthouses**

## GENERAL ORDER NO. 127

This order supersedes General Order number 125 issued on June 9, 2025.

At the Court Security Committee meeting held on June 30, 2025, the Committee approved the following policy regarding arrests taking place within the district's courthouses:

It is the policy and practice of the District of Vermont that all arrests in the Burlington and Rutland courtrooms, judiciary space, as well as any other public space serving the United States Courts for the District of Vermont, including any public hallways, court conference rooms, public restrooms, and elevators, be conducted by the United States Marshals Service (USMS).

Any outside state and federal agencies and personnel seeking to make a pre-planned arrest shall coordinate with the USMS to effect an arrest in spaces controlled by non-judiciary tenants.

SO ORDERED.

Dated at Burlington, within the District of Vermont, this 17th day of July, 2025.

_____
Christina Reiss
Chief Judge